

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00302-CV

| | | |
|---|---|---|
| DAVID HERNANDEZ | § | On Appeal from 48th District Court |
| | § | of Tarrant County (048-283327-16) |
| V. | | |
| | § | September 20, 2018 |
| ROCKWATER ENERGY SOLUTIONS, INC. | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
   Justice Lee Gabriel